| | |
|---|---|
| 1 | C. Anthony Hughes SBN: 250998 |
| 2 | 1395 Garden Hwy, Suite 150 |
| | Sacramento, CA 95833 |
| 3 | Ph:  916.485.1111 |
| | Fax: 916.720.0255 |
| 4 | Attorney@4851111.com |
| 5 | |
| | Attorney for Debtor |
| 6 | |

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| In re: | ) | Case No. 2013-34541 |
|---|---|---|
| | ) | Chapter 11 |
| **6056 SYCAMORE TERRACE, LLC** | ) | Docket Control No.:  CAH-007 |
| | ) | |
| Debtor, | ) | **Hearing to Approve Disclosure** |
| | ) | **Statement:** |
| | ) | Date:    February 3, 2014 |
| | ) | Time:    10:00 A.M. |
| | ) | Place:   501 I Street, 7th Floor |
| | ) |              Sacramento, CA 95814 |
| | ) |              Department A – Courtroom 28 |
| | ) | |
| | ) | Judge:  Hon. Michael S. McManus |
| | ) | |
| | ) | **NOTICE OF TIME FOR FILING** |
| | ) | **OBJECTIONS TO DISCLOSURE** |
| | ) | **STATEMENT AND OF HEARING ON** |
| | ) | **APPROVAL OF DISCLOSURE** |
| | ) | **STATEMENT** |
| _____ | ) | |

TO THE HONORABLE COURT, THE TRUSTEE AND ALL CREDITORS, PARTIES IN INTEREST AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE on DECEMBER 23, 2013, 6056 Sycamore Terrace, LLC, the Debtor herein, filed a Chapter 11 Plan and a Disclosure Statement to accompany such plan.

PLEASE TAKE NOTICE that on **FEBRUARY 3, 2014 at 10:00 A.M.** or as soon thereafter as the matter can be heard, in Department C; Courtroom 35 of the United States Bankruptcy Courthouse, 7th floor, 501 I street, Sacramento, CA 95814, C. Anthony Hughes (hereinafter referred to as "Attorney"), that a hearing on approval of such Disclosure Statement will be held on the above-indicated date, time, and location.

PLEASE TAKE FURTHER NOTICE that any opposition to the Motion must be filed with the Court and served on Attorney for the Movant at least fourteen (14) calendar days prior to the hearing date, as set forth in Local Rule 9014-1 of the Local Rules of Practice, promulgated by the United States Bankruptcy Court for the Eastern District of California. Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to a motion at oral argument if written opposition to the motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the motion or may result in the imposition of sanctions. Written opposition must also be served on the U.S. Trustee at 501 I Street, 7th Floor, Sacramento, CA 95814.

PLEASE TAKE NOTICE THAT the Disclosure Statement is available for inspection and copying at the Office of the Clerk of the United States Bankruptcy Court for the Eastern District of California, located at 501 I Street, 3rd Floor, Sacramento, CA 95814.  In addition, written requests for a copy of the Plan and Disclosure Statement may be directed to:

Anthony@2246666.com - method preferred

C. Anthony Hughes, 1395 Garden Highway, Suite 150, Sacramento, California 95833

///

///

///

PLEASE TAKE FURTHER NOTICE that the hearing on the Disclosure Statement may be continued from time to time, without further written notice to parties in interest, if the continued date and time of the hearing is announced in open Court at the originally scheduled hearing date.

Dated: DECEMBER 23, 2013    By:    /s/ C. Anthony Hughes
                                   C. Anthony Hughes,
                                   Attorney for Debtor