

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re ) No. 13-34541-A-11
)
6056 SYCAMORE TERRACE, LLC, )
) Date: December 23, 2013
) Time: 10:00 a.m.
Debtor. )
)
_____)

**STATUS CONFERENCE ORDER**

On December 23, 2013, at 10:00 a.m., the court conducted a status conference in this matter. It is hereby ordered:

1. The debtor in possession shall file a proposed plan of reorganization and a disclosure statement not later than January 21, 2014. The debtor in possession shall thereafter promptly set the disclosure statement for hearing.

2. Any agreement to use cash collateral shall be approved by the court as required by 11 U.S.C. § 363(c) and Fed. R. Bankr. P. 4001(d).

3. Any sale, lease, or use of property of the estate that is not in the ordinary course of business of the debtor must be approved in advance by the court. See 11 U.S.C. § 363.

4. Nothing in this order should be construed as extending the exclusivity periods of 11 U.S.C. § 1121. Nor should this order be construed as limiting the right of any party in interest to request dismissal, conversion, appointment of a trustee, or any other relief.

///

5. If the debtor in possession fails to meet the deadline set in paragraph 1 or if the debtor in possession fails to diligently pursue approval and confirmation of the proposed disclosure statement and plan, the court may set a further status conference on as little as seven days' notice. At that status conference the court will consider extending the bar date if there is good cause. If good cause is absent, the court may dismiss the case, convert the case to chapter 7, or grant other appropriate relief.

Dated: 23 Dec 2013

By the Court

Michael S. McManus
United States Bankruptcy Judge

-2-

**CERTIFICATE OF MAILING**

I, Susan C. Cox, in the performance of my duties as a judicial assistant to the Honorable Michael S. McManus, mailed by ordinary mail to each of the parties named below a true copy of the attached document.

Hossein Bozargzad
6056 Sycamore Terrace LLC
2730 Vista Roble Drive
Auburn, CA 95603-7923

C. Anthony Hughes
1395 Garden Highway, Ste. 150
Sacramento, CA 95833

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

Dated: December 23, 2013

_____
Susan C. Cox
Judicial Assistant to Judge McManus