CHRISTOPHER M. MCDERMOTT (SBN 253411)
cmcdermott@piteduncan.com
TODD S. GARAN (CA SBN 236878)
tgaran@piteduncan.com
GREGORY P. CAMPBELL (CA SBN 281732)
gcampbell@piteduncan.com
PITE DUNCAN, LLP
4375 Jutland Dr., Ste. 200
P.O. Box 19734
San Diego, CA 92177-9734
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for JPMorgan Chase Bank, National Association

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>6056 SYCAMORE TERRACE LLC,<br><br>Debtor. | Case No. 13-34541<br><br>D.C. No [CAH-4]<br><br>Chapter 11<br><br>**DECLARATION OF CHRISTOPHER MCDERMOTT IN OPPOSITION TO DEBTOR'S MOTION TO VALUE COLLATERAL**<br><br>**Property Address**:<br><br>6056 Sycamore Terrace,<br>Pleasanton, CA  94566<br><br>**Hearing**:<br><br>Date:  January 21, 2014<br>Time:  10:00 A.M.<br>Place:  U.S. Bankruptcy Court<br>501 I Street, Sacramento, CA<br>Courtroom 28, Department A |

I, Christopher McDermott, declare:

1.   I am over the age of 18 and am employed as an Associate Attorney by Pite Duncan, LLP ("**Pite Duncan**"), attorneys for JPMorgan Chase Bank, National Association ("**Chase**") in this proceeding. I am a member in good standing of the State Bar of California. I have personal

- 1 -

knowledge of the matters set forth in this declaration and, if called upon to testify, could and would competently testify thereto.

2. On December 16, 2013, I attended the initial § 341(a) Meeting of Creditors and Equity Security Holders (the "**§ 341(a) Meeting**") of 6056 Sycamore Terrance LLC ("**Debtor**"). At the § 341(a) Meeting, Hossein F. Bozorgzad ("**Borrower**"), as managing member of Debtor, testified that the Debtor's valuation of the real property located at 6056 Sycamore Terrace, Pleasanton, CA 94566 ("**Property**") listed in the Debtor's Schedules is based on an appraisal obtained by Chase during one of the Debtor's prior loan modification efforts. Borrower stated that he spoke with the appraiser who conducted the prior appraisal who informed the Borrower of the Property's value.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Sacramento, CA on January 6, 2014.

                              Respectfully submitted,

                              PITE DUNCAN, LLP

                              CHRISTOPHER MCDERMOTT
                              Attorneys for Creditor, JPMorgan Chase Bank, N.A.