CHRISTOPHER M. MCDERMOTT (SBN 253411)
cmcdermott@piteduncan.com
TODD S. GARAN (CA SBN 236878)
tgaran@piteduncan.com
GREGORY P. CAMPBELL (CA SBN 281732)
gcampbell@piteduncan.com
PITE DUNCAN, LLP
4375 Jutland Dr., Ste. 200
P.O. Box 19734
San Diego, CA 92177-9734
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385

Attorneys for  JPMorgan Chase Bank, National Association

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>6056 SYCAMORE TERRACE LLC,<br><br>Debtor. | Case No. 13-34541<br><br>D.C. No.  [CAH-7]<br><br>Chapter 11<br><br>**PROOF OF SERVICE**<br><br>**PROPERTY ADDRESS**:<br><br>6056 Sycamore Terrace,<br>Pleasanton, CA  94566<br><br>**DISCLOSURE HEARING**:<br><br>Date:   February 3, 2014<br>Time:   10:00 A.M.<br>Place:  Bankruptcy Court<br>501 I Street, Sacramento, CA<br>Courtroom 28, Department A |

I, Monica P. Huizar, certify as follows:

I am employed in the County of San Diego, State of California. My business address is: 4375 Jutland Drive, Suite 200, P.O. Box 17935, San Diego, CA 92177-0935. I am over the age of eighteen years and not a party to this cause.

On January 22, 2014, true and correct copies of JPMorgan Chase Bank, National Association's:

/././

1. - **OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION**
- **STATEMENT OF DISPUTED MATERIAL FACTUAL ISSUES IN SUPPORT OF OBJECTION TO CONFIRMATION OF PLAN**
- **SUPPORTING DOCUMENTS**

were served, as indicated below, by the Court via NEF and hyperlink to the document and/or by first class United States Mail:

HON. MICHAEL S. MCMANUS
501 I STREET, SUITE 3-200
SACRAMENTO, CA 95814
(VIA U.S. MAIL)

6056 SYCAMORE TERRACE LLC
2730 VISTA ROBLE DRIVE
AUBURN, CA 95603-7923
(VIA U.S. MAIL)

C. ANTHONY HUGHES
1395 GARDEN HIGHWAY, STE. 150
SACRAMENTO, CA 95833
(VIA U.S. MAIL)

US TRUSTEE: ustpregion17.sc.ecf@usdoj.gov
(VIA ELECTRONIC MAIL)

I declare under penalty of perjury that the foregoing is true and correct

Dated: January 22, 2014           /s/*Monica P. Huizar*
                                  MONICA P. HUIZAR

- 2 -                            CASE NO. 13-34541
**PROOF OF SERVICE**