# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | 6056 Sycamore Terrace LLC | **Case No :** | 13–34541 – A – 11 |
| | | **Date :** | 1/21/14 |
| | | **Time :** | 10:00 |

**Matter :** [20] – Motion/Application to Value Collateral of J P Morgan Chase Bank, N.A. [CAH–4] Filed by Debtor 6056 Sycamore Terrace LLC (mstm)

**Judge :** Michael S. McManus
**Courtroom Deputy :** Sarah Head
**Reporter :** Diamond Reporters
**Department :** A

**APPEARANCES for :**
**Movant(s) :**
(by phone)    Debtor(s) Attorney – C. Anthony Hughes
**Respondent(s) :**
(by phone)    Creditor's Attorney – Greg Campbell

## CIVIL MINUTE ORDER

The motion is ORDERED DENIED for the reasons stated in the ruling appended to the minutes.

Dated: January 23, 2014

By the Court

Michael S. McManus
United States Bankruptcy Judge

This document does not constitute a certificate of service. The parties listed below will be served a separate Notice of Entry of the attached Civil Minute Order.

6056 Sycamore Terrace LLC
2730 Vista Roble Drive
Auburn, CA 95603–7923


Greg Campbell
4375 Jutland Dr #200
PO Box 17933
San Diego, CA 92177

C. Hughes
1395 Garden Highway, Ste. 150
Sacramento, CA 95833