C. Anthony Hughes SBN: 250998
1395 Garden Hwy, Suite 150
Sacramento, CA 95833
Ph:  916.485.1111
Fax: 916.720.0255
Attorney@4851111.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 2013-34541 |
| | ) | Chapter 11 |
| **6056 SYCAMORE TERRACE, LLC** | ) | Docket Control No.:  CAH-007 |
| | ) | |
| | ) | **Hearing to Approve Disclosure** |
| | ) | **Statement:** |
| Debtor | ) | Date:   February 3, 2014 |
| | ) | Time:   10:00 A.M. |
| | ) | Place:  501 I Street, 7th Floor |
| | ) |              Sacramento, CA 95814 |
| | ) |              Department A – Courtroom 28 |
| | ) | |
| | ) | Judge:  Hon. Michael S. McManus |
| _____ | ) | |

# REQUEST TO CONTINUE HEARING ON MOTION FOR ORDER DETERMINING ADEQUACY OF 6056 SYCAMORE TERRACE, LLC'S DISCLOSURE STATEMENT DATED DECEMBER 23, 2013 DESCRIBING DEBTOR'S CHAPTER 11 REORGANIZATION PLAN

Debtor herein, respectfully requests that this Court continue the hearing on final approval of the Disclosure Statement filed on DECEMBER 23, 2013 describing Debtor's Chapter 11 Plan of Reorganization (the "Plan") filed on DECEMBER 23, 2013.

Debtor requires additional time to finalize the appraisal on the main property at issue in this case. Debtor is working closely to resolve valuation with secured creditor JPMorgan Chase Bank, N.A. simultaneously and maybe able to resolve the matter.

1  Debtor is requesting the hearing on the disclosure statement be continued to March
2  31, 2014 at 10:00am.
3
4                                                              Respectfully,
5  Dated: January 30, 2014                          By: /s/ C. Anthony Hughes
6                                                              C. Anthony Hughes
                                                                Attorney for Debtor
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28