# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | 6056 Sycamore Terrace LLC | **Case No :** | 13–34541 – A – 11 |
| | | **Date :** | 2/3/14 |
| | | **Time :** | 10:00 |

| | | |
|---|---|---|
| **Matter :** | [37] – Motion/Application for Order Determining Adequacy of Disclosure Statement [CAH–7] Filed by Debtor 6056 Sycamore Terrace LLC (jrus) | **OPPOSED** |

**Judge :** Michael S. McManus
**Courtroom Deputy :** Sarah Head
**Reporter :** Diamond Reporters
**Department :** A

**APPEARANCES for :**
**Movant(s) :**
(by phone)   Debtor(s) Attorney – C. Anthony Hughes
**Respondent(s) :**
(by phone)   Creditor's Attorney – Greg Campbell

MOTION was :
Granted
See final ruling below.

ORDER TO BE PREPARED BY :       Movant(s)

Final Ruling: The motion will be granted.

The debtor asks for approval of its disclosure statement.

JPMorgan Chase Bank, whose claim for approximately $2.231 million is secured by a first deed on the debtor's real property in Auburn, California, opposes plan confirmation.

The court will not address plan confirmation objections until the confirmation hearing.

The motion will be granted and the disclosure statement will be approved, as it contains adequate information and the detail necessary that will permit creditors to make an informed decision regarding the plan. See 11 U.S.C. § 1125(a).