# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re: 6056 Sycamore Terrace, LLC

Case No.  2013-34541

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 05/31/14        PETITION DATE: 11/14/13

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in   $1

2. **Asset and Liability Structure**

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | $179,000.00 | $179,000.00 | |
| b. Total Assets | $1,789,000.00 | $1,789,000.00 | $1,788,000.00 |
| c. Current Liabilities | $0.00 | $0.00 | |
| d. Total Liabilities | $2,689,887.82 | $2,689,887.82 | $2,689,887.82 |

3. **Statement of Cash Receipts & Disbursements for Month**

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | $23,250.00 | $0.00 | $35,068.87 |
| b. Total Disbursements | $13,019.65 | $0.00 | $20,655.85 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $10,230.35 | $272.23 | $199.42 |
| d. Cash Balance Beginning of Month | $4,182.67 | $392.50 | $0.00 |
| e. Cash Balance End of Month (c + d) | $14,413.02 | $4,182.67 | |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | $0.00 | $0.00 | $1,000 |
| 5. Account Receivables (Pre and Post Petition) | $0.00 | $0.00 | |
| 6. Post-Petition Liabilities | $0.00 | $0.00 | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0.00 | $0.00 | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | N/A | N/A |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | X | |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes ___;    U.S. Trustee Quarterly Fees ___;    Check if filing is current for: Post-petition tax reporting and tax returns: ___.
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date:  July 1, 2014            /s/ *Hossein Bozorgzad*
                               Responsible Individual

**BALANCE SHEET**
(Small Real Estate/Individual Case)
For the Month Ended __05/31/14__
| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | X | $1,000.00 |
| 2 | Accounts receivable (net) - UD claim for lease break | | $178,000.00 |
| 3 | Retainer(s) paid to professionals | | $0.00 |
| 4 | Other: | | |
| 5 | | | |
| 6 | **Total Current Assets** | | $179,000.00 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | |
| 8 | Real property (rental or commercial) | X | $1,600,000.00 |
| 9 | Furniture, Fixtures, and Equipment | X | $10,000.00 |
| 10 | Vehicles | | |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other: | | |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $1,610,000.00 |
| 18 | **Total Assets** | | $1,789,000.00 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | $0 |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | $0 |
| 21 | Post-petition delinquent taxes | | $0 |
| 22 | Accrued professional fees | | $0 |
| 23 | Other: | | $0 |
| 24 | | | $0 |
| 25 | **Total Current Liabilities** | | $0 |
| 26 | **Long-Term Post Petition Debt** | | $0 |
| 27 | **Total Post-Petition Liabilities** | | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | |
| 29 | Secured claims (other) | | $2,689,087.82 |
| 30 | Priority unsecured claims | | $800.00 |
| 31 | General unsecured claims | | $0.00 |
| 32 | **Total Pre-Petition Liabilities** | | $2,689,887.82 |
| 33 | **Total Liabilities** | | $2,689,887.82 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | $ (900,887.82) |
| 35 | **Total Liabilities and Equity (Deficit)** | | $ 1,789,000.00 |

Revised 3/15/99

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|   |   | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | *6056 Sycamore | N/A | N/A |
| 2 | Scheduled Gross Rents | $0 | $0 | $0 |
|   | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

* Property is currently vacant due to prior tenant breaking lease in October 2013.
  (2) To be completed by cash basis reporters only.

** Managing Member of Debtor did not have anty accounts open in Debtor's name during the period of this report.

## Schedule B
### Recapitulation of Funds Held at End of Month

|   |   | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank: First Northern Bank | xx3372 | | |
| 11 | Account No. xx3372 | | | |
| 12 | Account Purpose: DIP, checking | | | |
| 13 | Balance, End of Month | $14,413.00 | | |
| 14 | Total Funds on Hand for all Accounts | $14,413.00 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 3/15/99

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended   05/31/14

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Gift to Corporation | $23,250.00 | $35,068.87 |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $23,250.00 | $35,068.87 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Utilities | $333.24 | $2,195.86 |
| 33 | U.S. Trustee Payment | $0 | $650.00 |
| | Property maintenance | $5,648.41 | $9,743.71 |
| 34 | Bank Fee | $30.00 | $106.15 |
| 35 | Appraisal | $600 | $600 |
| | Realtor | $6,408 | $6,408 |
| 36 | Taxes | $0.00 | $952.13 |
| 37 | **Total Cash Disbursements:** | $13,019.65 | $20,655.85 |
| 38 | **Net Increase (Decrease) in Cash** | $10,230.35 | $14,413.02 |
| 39 | **Cash Balance, Beginning of Period** | $4,182.67 | |
| 40 | **Cash Balance, End of Period** | $14,413.02 | |

Revised 3/15/99

**6056 Sycamore Terrace, LLC**
**Monthly P/L Statement**
**May 31, 2014**

| | | | | |
|---|---|---|---|---|
| Balance Forward | | | $ | 4,182.67 |
| Deposits | | | $ | - |
| | Member Gift | | $ | 23,250.00 |
| | Income | | $ | - |
| | | Total | $ | 23,250.00 |

Expenses
    Utilities

| | |
|---|---|
| PG & E | $ - |
| Water** | $ 333.24 |

    Maintenance

| | |
|---|---|
| Pool Service | $ - |
| Landscape | $ 183.29 |
| Carpet Cleaning | $ - |
| Window Cleaning | $ - |
| Cleaning | $ - |

    Repairs

| | |
|---|---|
| Painting | $ 407.29 |
| Plumbing** | $ 748.23 |
| Electrical | $ - |
| HVAC | $ - |
| Fence | $ - |
| Pool Cover | $ 1,306.06 |
| General Contractor | $ 980.00 |
| Supplies** | $ 861.68 |
| Appliances** | $ 1,161.86 |

    Services

| | |
|---|---|
| U S Trustee | $ - |
| Appraisal** | $ 600.00 |
| Realtor | $ 6,408.00 |
| Legal | |
| Home Warranty | |
| Taxes | $ - |
| Bank Fees | $ 30.00 |
| Total | $ 13,019.65 |

**Ending Balance**                                   $ 14,413.02

**These expenses were paid for by SBGC over a few months and were reimbursed by 6056 Sycamore Terrace, LLC in one check



# FIRST NORTHERN BANK
Stability. Strength. Security.
Since 1910.
www.thatsmybank.com

**STATEMENT OF ACCOUNT**
Account Number: ▇▇▇3372
Statement Date: 05/30/2014
Page 1

00753

6056 SYCAMORE TERRACE, LLC
DEBTOR-IN-POSSESSION
2730 VISTA ROBLE DR
AUBURN CA 95603-7923

30-0

## CLASSIC FREE BUSINESS CHECKING ACCOUNT ▇▇3372

| | | | |
|---|---|---|---|
| | | LAST STATEMENT 04/30/14 | 4,182.67 |
| MINIMUM BALANCE | 2,973.49 | 2 CREDITS | 23,250.00 |
| AVG AVAILABLE BALANCE | 13,539.28 | 16 DEBITS | 13,019.65 |
| AVERAGE BALANCE | 13,539.28 | THIS STATEMENT 05/30/14 | 14,413.02 |

### OTHER CREDITS

| Description | Date | Amount |
|---|---|---|
| DDA Incoming Wire-from Lamarr D Woodley | 05/13 | 8,900.00 |
| DDA Incoming Wire-from Lamarr D Woodley | 05/13 | 14,350.00 |

### CHECKS

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1011* | 05/01 | 227.29 | 1020* | 05/20 | 6,408.00 | 1028 | 05/29 | 180.00 |
| 1015* | 05/01 | 645.00 | 1022* | 05/30 | 60.00 | 1029 | 05/30 | 350.00 |
| 1017 | 05/07 | 99.38 | 1025 | 05/22 | 630.00 | | | |
| 1018* | 05/07 | 150.00 | 1026* | 05/27 | 2,460.00 | | | |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

### OTHER DEBITS

| Description | Date | Amount |
|---|---|---|
| DDA Incoming Wire Transfer Fee | 05/13 | 15.00 |
| DDA Incoming Wire Transfer Fee | 05/13 | 15.00 |
| IPN*AquaTech Poo PAYMENT | 05/21 | 1,306.06 |
| CHECK # 1016 - HOME DEPOT 0629 PURCHASE 1016 PLEACA | 05/06 | 87.51 |
| CHECK # 1021 - HOME DEPOT 0629 PURCHASE 1021 PLEACA | 05/23 | 102.08 |
| CHECK # 1023 - HOME DEPOT 0629 PURCHASE 1023 PLEACA | 05/23 | 284.33 |

### DAILY BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/01 | 3,310.38 | 05/07 | 2,973.49 | 05/20 | 19,785.49 |
| 05/06 | 3,222.87 | 05/13 | 26,193.49 | 05/21 | 18,479.43 |

*** CONTINUED ***



# FIRST NORTHERN BANK
Stability. Strength. Security.
Since 1910.
www.thatsmybank.com

*That's My Bank!*

**STATEMENT OF ACCOUNT**

Account Number: ▮▮▮▮3372
Statement Date:   05/30/2014
Page 7

6056 SYCAMORE TERRACE, LLC

## CLASSIC FREE BUSINESS CHECKING ACCOUNT — 3372

### DAILY BALANCE

| Date  | Balance    | Date  | Balance    | Date  | Balance    |
|-------|------------|-------|------------|-------|------------|
| 05/22 | 17,849.43  | 05/27 | 15,003.02  | 05/30 | 14,413.02  |
| 05/23 | 17,463.02  | 05/29 | 14,823.02  |       |            |

——— END OF STATEMENT ———

1011 - $227.29 - 05/01/2014

1015 - $645.00 - 05/01/2014

1017 - $99.38 - 05/07/2014

1018 - $150.00 - 05/07/2014

1020 - $6,408.00 - 05/20/2014

1022 - $60.00 - 05/30/2014

1025 - $630.00 - 05/22/2014

1026 - $2,460.00 - 05/27/2014

1028 - $190.00 - 05/29/2014

1029 - $350.00 - 05/30/2014