## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | 6056 Sycamore Terrace LLC | **Case No :**<br>**Date :**<br>**Time :** | 13–34541 – A – 11<br>7/21/14<br>10:00 |
| **Matter :** | [142] – Motion/Application To Approve Disclosure Statement [CAH–13] Filed by Debtor 6056 Sycamore Terrace LLC (lbef) | | UNOPPOSED |
| **Judge :**<br>**Courtroom Deputy :**<br>**Reporter :**<br>**Department :** | Michael S. McManus<br>Sarah Head<br>Diamond Reporters<br>A | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

MOTION was :
Dismissed without prejudice
See final ruling below.

The court will issue a minute order.

Final Ruling: The motion will be dismissed without prejudice because it violates Fed. R. Bankr. P. 2002(b), which requires at least 28 days' notice of the time for filing objections to the approval of a disclosure statement. The notice of hearing for the instant motion was not served until June 11, 2014, giving parties in interest only 26 days notice of the time to file objections to the approval of the disclosure statement. Dockets 146 & 147.

In addition, in the narrative, the notice of hearing directs parties to appear in Department C's courtroom 35, even though the caption for the notice of hearing identifies the location for the hearing on the instant motion in Department A's courtroom 28. Docket 146. The notice of hearing is deficient as it is confusing about the location of the hearing.