# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | 6056 Sycamore Terrace LLC | **Case No :** | 13–34541 – A – 11 |
| | | **Date :** | 7/21/14 |
| | | **Time :** | 10:00 |
| **Matter :** | [142] – Motion/Application To Approve Disclosure Statement [CAH–13] Filed by Debtor 6056 Sycamore Terrace LLC (lbef) | | |
| **Judge :** | Michael S. McManus | | |
| **Courtroom Deputy :** | Sarah Head | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | A | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

CIVIL MINUTE ORDER

The motion is ORDERED DISMISSED WITHOUT PREJUDICE for the reasons stated in the ruling appended to the minutes.

Dated: July 22, 2014

By the Court

_____
Michael S. McManus
United States Bankruptcy Judge