# UNITED STATES BANKRUPTCY COURT
## Eastern District of California (Sacramento)

| | |
|---|---|
| IN RE: | Case No.: 13-34541 |
| Debtors: Sycamore Terrace LLC | Loan Number (Last 4): 1539 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Nationstar Mortgage, LLC | JPMorgan Chase Bank, National Association |
|---|---|
| | Chase Records Center |
| Name of Transferee | Name of Transferor |
| 350 Highland Drive | Court Claim # (if known): 2 |
| Lewisville, TX 75067 | Amount of Claim: $2,250,700.10 |
| | Date Claim Filed: 02/03/2014 |
| Phone: 877-782-7612 | Last Four Digits of Acct #: 7362 |
| Last Four Digits of Acct #: 1539 | |

Name and Address where transferee payments should be sent (if different from above):

350 Highland Drive
Lewisville, TX 75067

Phone:   877-782-7612

Last Four Digits of Acct #:   1539

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| By: /s/ Stefanie Bench | Date: 07/29/2014 |
|---|---|
| Manager | |
| (Approved by: Megan Koza) | |

Specific Contact Information:
P: 877-782-7612
Megan.Koza@nationstarmail.com

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

936992-9eb3d978-895f-497a-bb97-fa6de564916f